January 9, 2014



# JUDGMENT

## The Fourteenth Court of Appeals

CASEY BEAVERS, Appellant

NO. 14-13-00892-CV                    V.

HOUSTON FIREFIGHTERS' RELIEF AND RETIREMENT FUND, Appellee

_____

Today the Court heard its own motion to dismiss the appeal from the judgment signed by the court below on September 9, 2013. Having considered the motion and found it meritorious, we order the appeal **DISMISSED**.

We further order that all costs incurred by reason of this appeal be paid by appellant, Casey Beavers.

We further order this decision certified below for observance.